LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| GUADALUPE GARCIA, | ) | No.  EDCV 11-1504 DTB |
| | ) | |
|     Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
|     v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED FIFTY NINE DOLLARS AND 99/100 ($1,859.99) subject to the terms of the stipulation.

    DATE:  10/23/12    _____

                  HON. DAVID T. BRISTOW
                  UNITED STATES MAGISTRATE JUDGE